# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STANLEY N. DRINKWATER, JR.,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-822-Orl-31GJK**

**PORT ORANGE FLORIDA POST OFFICE
and UNITED STATES POSTAL SERVICE,**

        **Defendants.**

_____

## ORDER

On August 9, 2010, Magistrate Judge Kelly rendered a Report and Recommendation (Doc. 9), recommending that Plaintiff's application to proceed *in forma pauperis* (Doc. 2) be denied. Plaintiff filed objections to the Report and Recommendation on August 23, 2010 (Dc. 11).

Upon consideration of the above, the Court concludes that Plaintiff's objections are without merit. It is, therefore

**ORDERED** that Plaintiff's objections are OVERRULED and the Report and Recommendation is CONFIRMED and ADOPTED. Plaintiff's Motion to proceed *in forma pauperis* is DENIED. The Complaint (Doc. 1) is DISMISSED and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 24, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

　　　　　　　　　　　　　　　　　　　　　　　　GREGORY A. PRESNELL
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE