# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STANLEY N. DRINKWATER, JR.,**

        **Plaintiff,**

-vs-                                      Case No.  6:10-cv-822-Orl-31GJK

**PORT ORANGE FLORIDA POST OFFICE
and UNITED STATES POSTAL SERVICE,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION OBJECTING TO ORDER OF OCTOBER 26, 2010 (Doc. 15)** |
| **FILED:** | **November 4, 2010** |

**THEREON** it is **ORDERED** that the motion, which the Court interprets as a motion for reconsideration of its order of October 26, 2010 (Doc. 14), is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 17, 2010.

                                                        GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Party